

Critic And Artist Escaping The Theater, 1948

Case 1:16-cv-04135-PAB Document 14-1 Filed 06/07/13 Page 2 of 25



Follow The Girls: Jackie Gleason Gertrude Niesen, Val Valentinoff, Irina Baranova, Jayne And Adam Digatano 5/28/44

Case 1:16-cv-04185-ABD Document 14-1 Filed 06/07/18 Page 3 of 25



The Queens Of Fiction: Edna Ferber, Taylor Caldwell, Frances Parkinson Keyes. Life, 4/6/59



Famous Feuds: Juliette Greco And Darryl Zanuck, Gouache. Show Magazine February 1963

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 5 of 25



Anne Of The Thousand Days With Rex Harrison And Joyce Redman. (12/5/48)

Case 1:16-cv-04185-PAE Document 14-1 Filed 06/07/18 Page 6 of 25

**Inventory number 153**



Villians On Broadway, 1/24/60.

Case 1:16-cv-04185-PAE Document 14-1 Filed 06/07/16 Page 7 of 25



Take Her, She's Mine With June Harding, Phyllis Thaxter, Art Carney, Elizabeth Ashley.
(12/17/61)

Case 1:16-cv-04185-PAE Document 14-1 Filed 06/07/16 Page 8 of 25

**Inventory number   172**



Oklahoma! With Margaret Hamilton, April Shawhan, Bruce Yarnell, Spiro Malas, Lee Beery.
(6/22/69)

**Inventory number   214**

James Darren And Robert Colbert In The Time Tunnel. Tv Guide 10/29/66

Case 1:16-cv-04135-PAE Document 14-11 Filed 06/07/16 Page 10 of 25

The Shah Of Iran Conforms To American Customs In Keeping A Blind Date, Colliers 8/11/51.
Watercolor & Ink.

Case 1:16-cv-04135-PAE Document 84-1 Filed 06/07/16 Page 11 of 25

Inventory number   237



Kenneth Walton, Bea Lillie, & Reginald Gardiner Rehearse An Evening With Bea Lillie In Her Apartment (7/20/52)

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 12 of 25



Musical Comedy- Or Musical Serious?  New Musical Vs. The Old Song-and-dance Shows. By
George S. Kaufman 11/3/57



Chiang Kai-shek, Gouache. American Mercury Cover June, 1947

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 14 of 25



The Mcguire Sisters And Tony Marvin, The Announcer

Case 1:16-cv-04135-PAE Document 34-1 Filed 06/07/16 Page 15 of 25

Inventory number   252



Vivian Blaine Rehearses Say, Darling For David Wayne, Jerome Cowan, Johnny Desmond,
Horace Mcmahon. Robert Morse. 1958.

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 16 of 25



Light Up The Sky With Virginia Fields, Sam Levene, Barry Nelson, Glenn Anders, Bartlett Robinson. Audrey Christie. Phyllis Povah. (11/14/48)

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 17 of 25

Inventory number   266



Electra With The Greek National Theatre Starring Katina Paxinou And Alexis Minotis
(11/16/52)

Inventory number   305

The Go-between: Julie Christie, Alan Bates, & Dominic Guard, 7/25/71

**Inventory number   317**

David Carradine In Shane, Tv Guide 10/1/66

Case 1:16-cv-04135-PAE Document 34-1 Filed 06/07/16 Page 20 of 25



Mme. Chiang Kai Shek, Gouache. American Mercury Cover, September, 1944.

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 21 of 25



Tobacco Road Returns With John Barton And Lillian Ardell. (8/29/43)

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 22 of 25

Inventory number   359



*Mission Impossible* With Greg Morris, Barbara Bain, And Steve Hill
*Tv Guide*, November 12, 1966

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 23 of 25

Inventory number   376



Gus Shy In Good News. Ny Amuseuments, 6/25/28

Case 1:16-cv-04135-PAE Document 14-1 Filed 06/07/16 Page 24 of 25

Inventory number   379

S.j. Perelman:  Readying Myself For My Debut

Case 1:16-cv-04135-PAE Document 34-1 Filed 06/07/16 Page 25 of 25

Inventory number   382

Who's The Fresh Young Egg With Pappy? (perelman And Hirschfeld) Holiday