UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

AL HIRSCHFELD FOUNDATION,                :

                                                  :          16 Civ. 4135 (PAE)

                                   Plaintiff,          :

                                                  :                ORDER

                              -v-                            :

                                                  :

THE MARGO FEIDEN GALLERIES, LTD., and  :
MARGO FEIDEN,

                                                  :

                                    Defendants.  :

                                                  :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Attached to this order is the following Court Exhibit, received during the hearing into damages held on October 30, 2019:

- Exhibit A: The FedEx shipping confirmation for "Pauline Kael" and an email exchange between Margo Feiden and Thomas Durst regarding the sale of that work.

SO ORDERED.

                                                                  _____
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated:  November 22, 2019
            New York, New York

# EXHIBIT A


 Fwd: FedEx Shipment 777661244530 Notification Siddartha Rao to: EngelmayerNYSDChambers 10/30/2019 09:44 AM
Cc: Maddie_Reddick
From: Siddartha Rao <sid@raolawgroup.com>
To: EngelmayerNYSDChambers@nysd.uscourts.gov
Cc: Maddie_Reddick@nysd.uscourts.gov

Siddartha Rao, Esq.
Rao Law Group, Managing Attorney

P: (212) 548 4539
F: (646) 741 3257
E: sid@raolawgroup.com

Rao Law Group | 12 E. 49th St. 11th Fl. | New York, NY 10017 | http://www.raolawgroup.com | @RaoLawGroup (Twitter, Facebook)

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---------- Forwarded message ---------
From: AL HIRSCHFELD <alhirschfeld@aol.com>
Date: Tue, Oct 29, 2019, 10:57 PM
Subject: Fwd: FedEx Shipment 777661244530 Notification
To: <sid@raolawgroup.com>

-----Original Message-----
From: TrackingUpdates <TrackingUpdates@fedex.com>
To: Alhirschfeld <Alhirschfeld@aol.com>
Sent: Tue, Nov 8, 2016 11:40 am
Subject: FedEx Shipment 777661244530 Notification

### This shipment is scheduled to be sent on 11/08/2016.

See "Preparing for Delivery" for helpful tips

Tracking # 777661244530

Anticipated ship date:
Tue, 11/8/2016

**Daria Enrick**
New York, NY 10003
US


Initiated

Scheduled delivery:
Wed, 11/9/2016 by 8:00 pm

**THOMAS G. DURST**
1071 VALLEJO STREET
SAN FRANCISCO, CA 94133
US

### Personalized Message
Dear Thomas, Congratulations on your acquisition of Hirschfeld's wonderful Pauline Kael! With my best regards, Margo

## Shipment Facts



| | |
|---|---|
| **Tracking number:** | 777661244530 |
| **Reference:** | Pauline Kael |
| **Service type:** | FedEx Standard Overnight |
| **Packaging type:** | Your Packaging |
| **Number of pieces:** | 1 |
| **Weight:** | 8.00 lb. |
| **Special handling/Services:** | Adult Signature Required |
| | Deliver Weekday |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

If an adult (age and required identification vary by country) will not be available to sign for the delivery, you may be able to hold it at a convenient FedEx location for pickup.

## This tracking update has been requested by:

| | |
|---|---|
| **Name:** | Daria Enrick |
| **Email:** | Alhirschfeld@aol.com |
| **Sent to:** | thirstydursty@gmail.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:40 AM CST on 11/08/2016.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor Alhirschfeld@aol.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

© 2016 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.



**Fwd: Al & Pauline**
Siddartha Rao  to: EngelmayerNYSDChambers   10/30/2019 09:45 AM
Cc: Maddie_Reddick

From: Siddartha Rao <sid@raolawgroup.com>
To: EngelmayerNYSDChambers@nysd.uscourts.gov
Cc: Maddie_Reddick@nysd.uscourts.gov

2 attachments

 

Margo Feiden Galleries Ltd. Letterhead.jpgMargo Feiden Galleries Ltd. Letterhead.jpg


Siddartha Rao, Esq.
Rao Law Group, Managing Attorney

P: (212) 548 4539
F: (646) 741 3257
E: sid@raolawgroup.com

Rao Law Group | 12 E. 49th St. 11th Fl. | New York, NY 10017 | http://www.raolawgroup.com |
@RaoLawGroup (Twitter, Facebook)

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---------- Forwarded message ---------
From: **AL HIRSCHFELD** <alhirschfeld@aol.com>
Date: Tue, Oct 29, 2019, 11:02 PM
Subject: Fwd: Al & Pauline
To: <sid@raolawgroup.com>


-----Original Message-----

From: Thomas Durst <thirstydursty@gmail.com>
To: Al Hirschfeld <alhirschfeld@aol.com>
Sent: Thu, Nov 10, 2016 7:29 pm
Subject: Re: Al & Pauline

Dear Margo,
It is exquisite! Astonishing! Thank you. I am so grateful! I wish Seymour was here to see it. I will write more when I calm down.
Best,
Tom

Sent from my iPad

On Nov 4, 2016, at 8:06 PM, Al Hirschfeld <alhirschfeld@aol.com> wrote:

Dear Thomas,

Received and noted.

And thrilled that you and I will be walking the Durst Route again, after all these years.

With my warmest regards,
Margo

Where *Mozart, President Kennedy,* and
the two great *Hepburns* are linked. Click: alhirschfeld.com

MARGO FEIDEN GALLERIES LTD.
AL HIRSCHFELD'S Representatives

-----Original Message-----
From: Thomas Durst <thirstydursty@gmail.com>
To: Al Hirschfeld <alhirschfeld@aol.com>

Sent: Fri, Nov 4, 2016 9:09 pm
Subject: Re: Al & Pauline

Hello,
Thomas G. Durst
1071 Vallejo Street
San Francisco, California 94133
415.302.7157 cell
415.447.0603 home
thirstydursty@gmail.com
With gratitude,
Tom

Sent from my iPad

On Nov 1, 2016, at 6:25 PM, Al Hirschfeld <alhirschfeld@aol.com> wrote:

<Margo Feiden Galleries Ltd. Letterhead.jpg>

Dear Tom,

It brings me so much joy to hear that Far From the Madding Crowd is bringing you so much joy.

Since the day you and I first spoke about Hirschfeld's work, I have known that Al Hirschfeld's luminous portrait of Pauline Kael should be with you. When the Hirschfeld work you already own, Far From the Madding Crowd, was first created, it was born into a collection of Hirschfeld's art. I cannot help but feel that your own drawing will appreciate being in the company of a companion Hirschfeld once again.

You are correct in thinking of the Pauline Kael as a painting. It is altogether painterly.

It's easy to see that Hirschfeld had a wonderful time in creating this portrait. Please know that this portrait of Pauline Kael is, in fact, luminous. And that is unique. There is a luminescence that Hirschfeld employed in creating the theater seats that surround Kael—and in the half century that I have been Hirschfeld's gallerist, this is the only Hirschfeld work in which he used a touch of that medium. The luminosity is extremely subtle, and you might not even have been aware of it—but Hirschfeld was entirely correct in his choice: Pauline Kael is as brilliant a work as Hirschfeld ever created.

As you may remember, the price is $8,500. Insured shipping is with my compliments. You may purchase Pauline Kael by telephoning the Gallery. Our telephone number is 212.677.5330. Our curator, Daria Enrick, with

whom you have spoken before, will be happy to assist.

Or, if you prefer, you may purchase this piece via email, in just the same way as you and I are conversing now. This is the information we need: the card number, shipping and billing address, security code, and expiration date. Some of our clients choose to send that information in multiple emails.

Whether by telephone or email, please expect a "catching up" telephone call from me.

We are all looking forward to hearing from you.

With my best regards,
*Margo*


*Pauline Kael*
**Original Crow Quill Pen & Ink Drawing with Watercolor on Artists' Board
Hand signed in Ink by Al Hirschfeld
The New Yorker, 2002, 20" (h) x 16" (w)
Al Hirschfeld Archive #3918**

http://alhirschfeld.com/cgi-bin/popup?ID=3918&CAT=A2

Where *Mozart, President Kennedy,* and
the two great *Hepburns* are linked. Click: alhirschfeld.com

MARGO FEIDEN GALLERIES LTD.
AL HIRSCHFELD'S Representatives

-----Original Message-----
From: Thomas Durst <thirstydursty@gmail.com>
To: Al Hirschfeld <alhirschfeld@aol.com>
Sent: Mon, Oct 31, 2016 11:22 pm
Subject: Re: Al & Pauline

Dear Margo Feiden,
I apologize for missing this email until now, more than two weeks late! I enjoy the drawing of Far from the Madding Crowd everyday. I admire the drawing (I thought it a painting) of Ms. Kael, whose writing in The New Yorker I looked forward to. If it is still available, I would like to learn the details of a purchase,
Thank you for thinking of me.
Tom Durst

Sent from my iPad

On Oct 14, 2016, at 5:26 PM, Al Hirschfeld <alhirschfeld@aol.com> wrote:

&lt;Margo Feiden Galleries Ltd. Letterhead.jpg&gt;

**Dear Thomas,**

**I think of you very often and I would love to know how you have been enjoying your Hirschfeld Drawing of Far From the Madding Crowd.**

**I keep remembering how much you admired Hirschfeld's Drawing of Pauline Kael. One of my close friends, John, who is also on the Gallery staff, was happy to send me the New Yorker article about Pauline Kael that relays an anecdote about Kael and Hirschfeld.**

**(The illustration with the article is not Al Hirschfeld's painting—which I am including here.)**

*Pauline Kael*
**Original Crow Quill Pen & Ink Drawing with Watercolor on Artists' Board
Hand signed in Ink by Al Hirschfeld
The New Yorker, 2002, 20" (h) x 16" (w)
Al Hirschfeld Archive #3918**

http://alhirschfeld.com/cgi-bin/popup?ID=3918&CAT=A2

**And here is the link to the article:**
http://www.newyorker.com/magazine/2011/10/24/what-she-said

**I am so looking forward to hearing from you.**

**With my warmest wishes,**
*Margo*

Where *Mozart, President Kennedy,* and
the two great *Hepburns* are linked. Click: alhirschfeld.com

MARGO FEIDEN GALLERIES LTD.
AL HIRSCHFELD'S Exclusive Representatives