UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
AL HIRSCHFELD FOUNDATION,

         Plaintiff,

    -v-

THE MARGO FEIDEN GALLERIES, LTD., and
MARGO FEIDEN,

         Defendants.
------------------------------------------------------------------------X

16 Civ. 4135 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Pursuant to a request from the parties, the Court adjusts the schedule it previously set for motions *in limine*, *see* Dkt. 310, as follows:

- Any motions *in limine* are due December 4, 2019; and
- Any opposition to motions *in limine* is due December 16, 2019.

For avoidance of doubt, the November 27, 2019 deadline for the joint pre-trial order remains in effect.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 25, 2019
    New York, New York