UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
AL HIRSCHFELD FOUNDATION,

                             Plaintiff,

                 -v-

THE MARGO FEIDEN GALLERIES LTD. and
MARGO FEIDEN,

                            Defendants.
------------------------------------------------------------------X

16 Civ. 4135 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the final judgment recently entered in this case, the Clerk of Court is respectfully directed to close this case.

**CONCLUSION**

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 17, 2020
       New York, New York