UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AL HIRSCHFELD FOUNDATION,

                Plaintiff,

  -against-

THE MARGO FEIDEN GALLERIES LTD. and
MARGO FEIDEN,

                Defendants.

16 Civ. 4135 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    WHEREAS, on March 9, 2020, the parties in this action concluded negotiation of a Settlement Agreement, *inter alia*, resolving plaintiff's award of sanctions and the Margo Feiden Galleries Ltd.'s (the "Gallery")'s remaining counterclaim, *see* Dkt. 351;

    WHEREAS, on March 9, 2020, defendants Margo Feiden and the Gallery (collectively, the "Galleries") on the one hand, and plaintiff the Al Hirschfeld Foundation (the "Foundation") on the other hand, submitted respective proposed final judgments and orders, *see id.*;

    WHEREAS, the parties agreed to execute the Settlement Agreement following the Court's resolution of the issues presented in the differing submitted proposed judgments;

    WHEREAS, on March 17, 2020, the Court entered judgment in this matter, directing the Clerk of Court to close the case and terminating the Action, *see* Dkts. 353–54;

    WHEREAS, because of the state of emergency declared in New York and issues relating to the spread of the COVID-19 virus, defense counsel was unable to obtain Ms. Feiden's signature on the Settlement Agreement on behalf of the Galleries;

    WHEREAS, counsel to the Gallery received verbal authorization from Ms. Feiden to sign the Settlement Agreement for the Galleries on her behalf as witnessed by a third party;

WHEREAS, attorney Siddartha Rao did in fact execute the Settlement Agreement on behalf of the Galleries;

**IT IS HEREBY ORDERED, DECLARED, AND DECREED THAT**:

1.	Upon the declaration of Siddartha Rao, Esq., dated April 15, 2020, submitted to the Court *in camera*, the Galleries' motion to confirm the validity of the Settlement Agreement is hereby granted;

2.	Mr. Rao is directed to file his declaration under seal, with access only to the Court and the Galleries;

3.	Mr. Rao's execution of the Settlement Agreement shall be binding, valid, and enforceable as to the Galleries; and

4.	The Court shall maintain jurisdiction over this action for the purposes of enforcing this Order.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 15, 2020
       New York, New York