UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AL HIRSCHFELD FOUNDATION,

                Plaintiff,

-v-

THE MARGO FEIDEN GALLERIES, LTD.
and MARGO FEIDEN,

                Defendants.

16 Civ. 4135 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motion seeking entry of an order with respect to an assignment of judgment by plaintiff. Dkt. 373. By July 2, 2024, plaintiff shall either transmit, in hard copy to the Clerk's office, a corrected partial assignment of judgment with the required notation, and file an affidavit on the docket confirming submission of the same, or file a letter with this Court in opposition to defendants' motion. Given the age of this matter and the Feiden Estate's interest in closure, the Court expects plaintiff's counsel to attend to this issue with dispatch.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: June 25, 2024
       New York, New York