UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AL HIRSCHFELD FOUNDATION,

                            Plaintiff,

-v-

THE MARGO FEIDEN GALLERIES, LTD.
and MARGO FEIDEN,

                            Defendants.

16 Civ. 4135 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received defendants' motion to compel the Clerk of Court to accept a partial assignment of judgment. Dkt. 373. The motion follows defendants' two attempts to file an assignment of judgment form with the Clerk's Office, both of which were rejected based on filing deficiencies. Dkts. 370, 371. The appropriate means by which to pursue this relief is to file a corrected assignment of judgment form with the Clerk's Office. *See, e.g., HICA Educ. Loan Corp. v. Waldron*, 12 Civ. 1903 (Feb. 22, 2013), at Dkt. 23. The form must be submitted in hard copy either in person or by mail. The Clerk's Office will not accept an assignment of judgment form filed electronically through ECF.

    To the extent plaintiff opposes the motion due to defendants' failure to return certain works owed to plaintiff, Dkt. 379, that issue is unrelated to the assignment of judgment issue. Plaintiff is at liberty to pursue appropriate relief with respect to those works, including before this Court, assuming a legal basis upon which to do so.

    The Clerk of Court is respectfully directed to terminate the motion pending at Docket 373.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2024
       New York, New York

2