UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================X

AL HIRSCHFELD FOUNDATION,

    -against-

DOCKET NO. 16-CV-4135 (PAE)

THE MARGO FEIDEN GALLERIES LTD. and
MARGO FEIDEN
================================X

## NOTICE OF MOTION TO COMPEL PLAINTIFF TO RE-EXECUTE A PARTIAL ASSIGNMENT OF JUDGMENT

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Stacey Van Malden, Esq., the Memorandum of Law and exhibits attached thereto, and the proceedings had herein, the Defendant shall move the United States District Court of the Southern District of New York, before the Hon. Paul A. Engelmayer, 40 Foley Square, Room 1305, on a date and time convenient to the Court for an Order Compelling Plaintiff to re-execute a Partial Assignment of Judgment and for such other and further relief that this Court may deem just and proper.

Dated: May 27, 2025

                                                    Stacey Van Malden, Esq.
                                                    Of Counsel
                                                    Attorney for Defendants
                                                    Goldberger & Dubin, PC
                                                    401 Broadway, Suite 306
                                                    New York, New York 10013
                                                    Tel.: (212) 431-9380
                                                    Fax: (212) 966-0588
                                                    Email : GND401@AOL.COM

The Court expects plaintiff to re-execute the requested document and to do so forthwith. In the event that plaintiff has a good faith basis to oppose this application, plaintiff's opposition is due June 6, 2025.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: May 30, 2025