# Stacey Van Malden

Attorney at Law
5114 Post Road
Bronx, New York  10471
Phone (718) 601-2652
Fax  (212) 966-0588
Email: staceyL11@optonline.net

Stacey Anne Van Malden
admitted NY,NJ,FL,PA

June 5, 2025

Hon. Paul A. Engelmayer
Judge, United States District Court
Southern District of New York
40 Foley Square, 1305
New York, New York  10007
Via ECF

Re: <u>Al Hirshfeld Foundation v. Margo Feiden Galleries, et al, Dkt. No. 1:16-cv-4135(PAE)</u>

Your Honor,

     I am writing to you today to update you on the progress made in the defendant's most recent application to compel Plaintiff to re-execute the Partial Assignment of Judgment.

     I did receive a fully executed document from Plaintiff this morning. I have walked the document over to the Clerk of the Court, where the staff is reviewing the document for sufficiency. Because the Plaintiff has complied with your Memo Endorsement to Defendant's Motion to Compel, I would most respectfully request to either withdraw the Motion, or, that this Motion be held in abeyance in the event that further action is needed to be taken by the Plaintiff. I certainly respect whichever decision the Court prefers, and would definitively move to withdraw Defendant's Motion once the document is accepted for filing.

     I thank the Court for its time and efforts in this matter.

Respectfully submitted,

*Stacey Van Malden*
Stacey Van Malden, Esq.

cc: Nicholas Calabria, Esq. (via ECF)

The Court thanks counsel for the update. The Clerk of Court is respectfully directed to close the motion pending at Dockets 381 and 382.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: June 9, 2025